NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOUGLAS H. KEEVIS,                )
                                  )
          Appellant,              )
                                  )
v.                                )   Case No.  2D18-2740
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
                                  )

Opinion filed May 3, 2019.

Appeal from the Circuit Court for
Charlotte County; Donald H. Mason,
Judge.

Douglas H. Keevis, pro se.


PER CURIAM.


          Affirmed.


MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.